# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MACK BROWDER

VERSUS

SHOPPERS VALUE FOODS, LLC
AND ALL OTHER PRESENTLY
UNKNOWN DEFENDANTS

NO.  2026 CW 0178

**APRIL 20, 2026**

---

In Re:    In Re: Shoppers Value Foods, LLC, applying for supervisory writs, Baton Rouge City Court, Parish of East Baton Rouge, No. 23-04116.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This court requires a copy of any evidence admitted at the hearing and the transcript of the pertinent hearing.

Supplementation of this writ application and/or application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the requested transcript, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before May 18, 2026, and must contain a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT